UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re

Debtor Name: Phillip T Rael

Joint Debtor Name, if applicable: Anna G Rael

Debtor(s).

Case No.: 17-12289-j7

FILED at 2:51 o'clock P.M
SEP 06 2017
United States Bankruptcy Court
Albuquerque, New Mexico

## Change of Address

Please change my address in this case as indicated below.

☐ Use changed address to send notices to me.

If filing change of address on behalf of the debtor(s), indicate who the change is for:

☐ Debtor
☐ Joint Debtor, or
☑ Both
☐ FOR CREDITOR

☑ Use changed address to send payments to me.

FROM OLD ADDRESS (enter name and address as it appears on the case mailing list or in a filed proof of claim. Type as if you are addressing an envelope.)

Phillip Rael & Anna Rael
112 Howell St. Belen N.M.
87002

TO NEW ADDRESS (enter name and address as it should now appear. Type as if you are addressing an envelope).

Phillip & Anna Rael
7 Pony Express
Edgewood, N.M. 87015

Signature: Phillip Rael, Anna Rael

Name and Address, if different from "TO" address above:

Telephone: (505) 804-6184

Date: 9/5/17

General Form
Page 1 of 1